# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Milwaukee Electric Tool Corporation
                              Plaintiff,

v.                                           Case No.: 1:25−cv−04689
                                                   Honorable John J. Tharp Jr.

Klein Tools, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 21, 2026:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The parties' joint motion to extend certain deadlines in the scheduling order [Dkt. 53] is granted. The deadlines set forth in Dkt. 53 are adopted. The parties' next joint status report remains due 3/10/2026. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.